**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

KEUN DAVIS                                                                                    PLAINTIFF

v.                                          **Case No. 4:23-cv-00549-KGB**

DOES                                                                                        DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). Plaintiff Keun Davis has not filed any objections, and the time to do so has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Davis's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this the 8th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge